Mike Rodenbaugh
RODENBAUGH LAW
California Bar No. 179059
548 Market Street
San Francisco, CA 94104
(415) 738-8087

Brett E. Lewis, Esq.
LEWIS & HAND LLP
45 Main Street, Suite 608
Brooklyn, New York 11201
(718) 423-9323
(pending admission pro hac vice)

Attorneys for Defendant
SKIN PRO INTERNATIONAL, INC.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO

| | |
|---|---|
| ELITE SKIN CARE LLC, a California limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> SKIN PRO INTERNATIONAL, INC, a Florida corporation, <br><br> Defendant. | Case No. C 11-00824 EMC <br><br> **JOINT STIPULATION FOR EXTENSION OF TIME ; ORDER** |

Pursuant to Civil L.R. 6-1(a), the parties hereby jointly stipulate to a 14-day extension of the time in which Defendant must answer Plaintiff's Complaint, to and including Thursday, April 14, 2011.

1  Dated: March 31, 2011

2  DERGOSITS & NOAH LLP                    RODENBAUGH LAW

3
4  By: /s/ Todd A. Noah                    By: /s/ Mike Rodenbaugh

5  TODD A. NOAH                            MIKE RODENBAUGH

6  Attorney for Plaintiff                  Attorney for Defendant

7
8                                          LEWIS & HAND, LLP
                                           BRETT E. LEWIS
9                                          Attorney for Defendant
10                                         (pending admission pro hac vice)

11
12
13  IT IS SO ORDERED:
14
15  _____
16  Edward M. Chen,
    U.S. Magistrate Judge
17

**IT IS SO ORDERED**
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Joint Stipulation for Extension of Time        - 2 -
Case No. C 11-00824 EMC