| | |
|---|---|
| TODD A. NOAH (SBN 152328)<br>E-mail: tnoah@dergnoah.com<br>MANALI V. DIGHE (SBN 244085)<br>E-mail: mdighe@dergnoah.com<br>MARINA A. LEWIS (SBN 248816)<br>E-mail: mlewis@dergnoah.com<br>DERGOSITS & NOAH LLP<br>Three Embarcadero Center, Suite 410<br>San Francisco, California 94111<br>Tel:  (415) 705-6377<br>Fax: (415) 705-6383 | BRETT E. LEWIS (Admitted *Pro Hac Vice*)<br>E-mail: brett@lewishand.com<br>LEWIS & HAND, LLP<br>45 Main Street, Suite 608<br>Brooklyn, NY 11201<br>Tel: (718) 243-9323<br>Fax: (718) 243-9326 |
| Attorneys for Plaintiffs and Counterdefendants<br>ELITE SKIN CARE, LLC and LIZA  WONG | Attorneys for Defendants-Counterclaimants SKIN PRO INTERNATIONAL, INC., SOUTH BEACH HERBALS, INC. and TIM OTHY SCHMIDT |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELITE SKIN CARE, LLC,<br>a California Limited Liability Company and<br>LIZA WONG, an individual,<br><br>           Plaintiffs,<br><br>     vs.<br><br>SKIN PRO INTERNATIONAL, INC.,<br>a Florida Corporation, SOUTH BEACH<br>HERBALS, a Florida Corporation and<br>TIMOTHY SCHMIDT, an individual,<br><br>           Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. CV 11-00824 EMC<br><br>**STIPULATION AND ORDER RE DISMISSAL WITH PREJUDICE** |

Plaintiffs Elite Skin Care, LLC and Liza Wong and defendants Skin Pro International, Inc., South Beach Herbals and Timothy Schmidt ("the Parties") hereby stipulate, through their respective counsel of record, that this action be dismissed with prejudice pursuant to the terms of the Parties' July 15, 2011 Confidential Settlement and Release Agreement.  Each party will bear its own attorneys' fees and costs.

-1-

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DERGOSITS & NOAH LLP

DATED: August 24, 2011   By: /s/ Todd A. Noah
Todd A. Noah
Attorneys for Plaintiffs-Counterdefendants
ELITE SKIN CARE, LLC and LIZA WONG

LEWIS & HAND, LLP

DATED: August 24, 2011   By: /s/ Brett E. Lewis
Brett E. Lewis
Attorneys for Defendants-Counterclaimants
SKIN PRO INTERNATIONAL, INC., SOUTH BEACH HERBALS, INC. and TIM OTHY SCHMIDT

I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Brett E. Lewis.

/s/ Todd A. Noah

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: August 30, 2011

Hon.
United

IT IS SO ORDERED
Judge Edward M. Chen

-2-

STIPULATED DISMISSAL   Case No. CV 11-00824 EMC